**ANSELL GRIMM & AARON**
Brian E. Ansell Esq. #017941989
A Professional Corporation
1500 Lawrence Avenue, CN 7807
Ocean, New Jersey 07712
732-922-1000 (phone)
732-643-5430 (fax)
Attorneys for Plaintiff #98895

| | |
|---|---|
| RENEE HILE<br><br>                **Plaintiff,**<br><br>- vs -<br><br>GREENWORKS NORTH AMERICA, LLC; GREENWORKS HOLDING, INC; GREENWORKS LOGISTICS, INC; GREENWORKS; GREENWORKS TOOLS; GREENWORKS (JIANGSU) CO., LTD; CHANGZHOU GLOBE TOOLS CO; SUNRISE GLOBAL MARKETING, LLC; GLOBE HOLDINGS, LTD; LOWE'S HOME CENTERS, LLC; XYZ CORPS 1-10 (fictitious entities)<br><br>                **Defendants** | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>LAW DIVISION<br><br>DOCKET NO.   MON-L-3103-24<br><br>**CIVIL ACTION**<br><br>FIRST AMENDED COMPLAINT, DESIGNATION OF TRIAL COUNSEL AND DEMAND FOR JURY TRIAL |

Plaintiff, **RENEE HILE**, residing at 95 Silverbrook Road, in the Borough of Shrewsbury, County of Monmouth, and State of New Jersey, by way of Complaint against the defendants, says that:

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(732) 922-1000

## FIRST COUNT

1. At all times relevant hereto, the plaintiff, Renee Hile, was a private individual who resided with her family at 95 Silverbrook Road, Shrewsbury, New Jersey 07702.

2. At all times relevant hereto, the defendants, Greenworks North America, LLC; Greenworks Holding, Inc.; Greenworks Logistics, Inc.; Greenworks; Greenworks Tools; Greenworks (JIANGSU) Co., LTD; Changzhou Globe Tools Co; Sunrise Global Marketing, LLC; Globe Holdings, LTD; Lowe's Home Centers, LLC; and XYZ Corps 1-10, were foreign and domestic corporations and/or limited liability companies and/or other business entities and proprietorships, that did design, manufacture, formulate, construct, produce, create, assemble, package, label, install, modify, maintain, repair, distribute, sell, lease, market, and/or otherwise place into the stream of commerce a certain product identified or described herein as the "GreenWorks Pro HT60B00 Electric Hedge Trimmer" (hereinafter referred to as "the subject product" or "the subject hedge trimmer) which was purchased by the Hile family from Lowe's during the calendar year 2019.

3. On or about November 5, 2023, plaintiff, Renee Hile, was exposed to and/or otherwise came into contact with the subject product in a reasonably foreseeable manner.

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(732) 922-1000

~ 2 ~

MON-L-003103-24    11/05/2024 9:45:58 AM    Pg 5 of 7    Trans ID: LCV20242884339

4.    On or about November 5, 2023, while lifting and transporting the subject product, the hedge trimmer activated causing severe and permanent injuries to the plaintiff's right hand.

5.    The subject hedge trimmer and/or the component parts thereto, as designed, manufactured, formulated, constructed, produced, created, assembled, packaged, labelled, installed, modified, maintained, repaired, distributed, sold, leased, marketed, and/or otherwise placed into the stream of commerce by the defendants, Greenworks North America, LLC; Greenworks Holding, Inc.; Greenworks Logistics, Inc.; Greenworks; Greenworks Tools; Greenworks (JIANGSU) Co., LTD; Changzhou Globe Tools Co; Sunrise Global Marketing, LLC; Globe Holdings, LTD Lowe's Home Centers, LLC; and XYZ Corps 1-10 were defective and/or unreasonably dangerous in the condition that they were placed into the stream of commerce.

6.    The defendants, and each of them, by designing, manufacturing, formulating, constructing, producing, creating, assembling, packaging, labeling, installing, modifying, maintaining, repairing, distributing, selling, leasing, marketing and/or otherwise placing into the stream of commerce the subject product at issue herein, is liable to the plaintiff on the basis of any and all of the following:

a.    the defendants' deviated from the design specifications, formulae, or performance standards of the manufacturer or from otherwise

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(732) 922-1000

~ 3 ~

identical units manufactured to the same manufacturing specifications or formulae;

b.      the product sold failed to contain adequate warnings or instructions;

c.      the product was designed in a defective manner.

7.      The defendants, and each of them, are liable to the plaintiff under the Doctrine of Strict Liability and/or the provisions of the New Jersey Product Liability Act, N.J.S.A. 2A:58c-1 et. seq.

8.      As a direct result of the defendants' violation of the New Jersey Product Liability Act as specified above, the plaintiff, Renee Hile, was caused to sustain severe internal and external injuries; was caused to sustain severe mental pain and suffering and will in the future be caused further mental pain and suffering; was caused to sustain permanent injuries; and was caused to sustain other great losses.

**WHEREFORE**, plaintiff demands judgment against the defendants, Greenworks North America, LLC; Greenworks Holding, Inc.; Greenworks Logistics, Inc.; Greenworks; Greenworks Tools; Greenworks (JIANGSU) Co., LTD; Changzhou Globe Tools Co; Sunrise Global Marketing, LLC; Globe Holdings, LTD; Lowe's Home Centers, LLC; and XYZ Corps 1-10, for damages, together with interest and costs of suit.

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712
(732) 922-1000

~ 4 ~

## SECOND COUNT

1.     Plaintiff repeats and realleges each and every allegation contained in the First Count of plaintiff's Complaint as if set forth entirely at length herein.

2.     Defendants, Greenworks North America, LLC; Greenworks Holding, Inc.; Greenworks Logistics, Inc.; Greenworks; Greenworks Tools; Greenworks (JIANGSU) Co., LTD; Changzhou Globe Tools Co; Sunrise Global Marketing, LLC; Globe Holdings, LTD; Lowe's Home Centers, LLC; and XYZ Corps 1-10, are liable to the plaintiff under the Doctrines of Negligence, Breach of Warranty, and/or other common law tort doctrines.

**WHEREFORE**, plaintiff demands judgment against the defendants, Greenworks North America, LLC; Greenworks Holding, Inc.; Greenworks Logistics, Inc.; Greenworks; Greenworks Tools; Greenworks (JIANGSU) Co., LTD; Changzhou Globe Tools Co; Sunrise Global Marketing, LLC; Globe Holdings, LTD; Lowe's Home Centers LLC; and XYZ Corps 1-10, for damages, together with interest and costs of suit.

ANSELL GRIMM & AARON
Attorneys for Plaintiff

By: _____
Brian E. Ansell, Esquire

Dated: November 5, 2024

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN NJ 0770
(732) 922-1000

## DESIGNATION OF TRIAL COUNSEL

Please take notice that pursuant to R.4:25-4, Brian E. Ansell, Esquire, of Ansell Grimm & Aaron, is hereby designated as trial counsel in the within matter.

By: _____
Brian E. Ansell, Esquire

Dated: November 5, 2024

## JURY DEMAND

Plaintiff hereby demands a trial by jury in the above-entitled cause of action.

By: _____
Brian E. Ansell, Esquire

Dated: November 5, 2024

## CERTIFICATION PURSUANT TO RULE 1:38-7(c)

I hereby certify that confidential personal identifiers have been redacted from documents now submitted to the Court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(c).

By: _____
Brian E. Ansell, Esquire

Dated: November 5, 2024

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712
(732) 922-1000

~ 6 ~

## CERTIFICATION PURSUANT TO RULE 4:5-1

Pursuant to R.4:5-1, the matter in controversy is not the subject of any other action pending in any Court or arbitration proceedings, and plaintiff does not contemplate any other action or arbitration proceedings.

By: _____
Brian E. Ansell, Esquire

Dated: November 5, 2024

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712
(732) 922-1000

~ 7 ~